Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

**FILED**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT ARKANSAS**

for the

Eastern District of Arkansas

NOV 0 6 2024

_Central_ Division

**TAMMY H. DOWNS, CLERK**
By: _____
DEP CLERK

|  |  |
|---|---|
| ASWEEN MARCO | Case No. 4:24-cv-964-KGB |

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 4:24-cv-964-KGB

_(to be filled in by the Clerk's Office)_

Jury Trial: _(check one)_  ☐ Yes  ☐ No

This case assigned to District Judge __Baker__
and to Magistrate Judge __Ervin__

**Plaintiff(s)**
_(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)_

-v-

ADH | ARKANSAS DEPT OF HEALTH

**Defendant(s)**
_(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)_

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

| | |
|---|---|
| Name | ASWEEN MARCO |
| Street Address | 1801 CHAMPLIN DR, APT 1009 |
| City and County | LITTLE ROCK, PULASKI |
| State and Zip Code | AR 72223 |
| Telephone Number | 617-419-0496 |
| E-mail Address | ASWEEN M@BU.EDU |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | ARKANSAS DEPT OF HEALTH |
| Job or Title *(if known)* | |
| Street Address | 4815 WEST MARKHAM ST |
| City and County | LITTLe Rock   PULASKI |
| State and Zip Code | AR   72205 |
| Telephone Number | 501-661-2000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

FMLA , ADA , EEOC

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

b.  If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.  Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

PLEASE FIND ATTACHED

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$90,000. PLEASE FIND ATTACHED

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    11|6|24

Signature of Plaintiff

Printed Name of Plaintiff    POWELN    MARCO

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

**8. Explanation of incident/** CLAIM | RELIEF

I filed for FMLA while I was in India in 2022 and my FMLA was rejected without due process, even though I had a documented health condition for myself (long COVID; See CDC guidelines on long covid disability, available at url https://www.hhs.gov/civil-rights/for-providers/civil-rights-covid19/guidance-long-covid-disabilit y/index.html?os=w&ref=app also please see attachment email-toevelina-080922.png), and I was entitled to the 12 weeks of federal job protection. I was not provided enough opportunity to further remedy the situation, despite offering in my last email dated Nov 1st to answer any questions that remained (please see attachment email-tovalencia-110122.txt)

Additionally, during the course of my time working at Arkansas Department of Health (ADH):
- I was denied ADA accommodations, even with medical documentation (please see attachment letter-from guthrey-052522.pdf)
- I am yet to be paid for approximately two weeks of work based on my recollection.

For the above reasons, I am requesting an amount of $90,000 to cover lost wages and affected health.

Timeline of FMLA related events in 2022

Aug 24th
- Last day at work before leaving for India on approved vacation
- Vacation approved to begin Aug 25th for "visiting family and resting" (please see attachment email-tohaytham-071222.png), as a combination of PTO interspersed with a few sick days to go out of the country
- Did not take even a day off during my entire employment period with ADH, even during active COVID
- Had not seen family since before COVID

Sep 26th
- Saw first of several doctors in India, Dr Byotra, for long covid symptoms
- He recommended that in addition to seeing him, I be treated in-patient at another facility

Sep 29th- Was seen by Dr. Srivastava at the AIIMS (All India Institute for Medical Sciences) long COVID clinic for initial testing

Sep 29th- I was admitted to the facility run by Dr. Menon for an in-patient stay beginning Sep 29th and ending Oct 11th

Sep 29th- Submitted my application for FMLA to my employer ADH via my supervisor, requesting an Oct 3rd start date

Sep 30th- ADH responded to my FMLA request, acknowledging that I was eligible for FMLA, and requested medical documentation to support my claim, with a deadline of October 17th (please see attachment)

Oct 14th- Dr. Srivastava, at the Long COVID clinic, recommended 4 months for treatment (please see attachment)

Oct 15th- Dr. Menon recommended ongoing treatment every 3-4 weeks until symptoms improved (please see attachment)

Oct 17th- Based on initial consult, Dr Byotra initially recommended 6 weeks as a period of incapacity (please see attachment)

Oct 17th- Submitted medical documentation to ADH as requested on ADH forms, which were filled out by the doctors according to the instructions contained in the forms themselves. In particular, the "probable duration of condition" on page 3 which the doctors filled out using a number of weeks or months according to their evaluation of my condition

Oct 19th and 20th- Received letters from ADH (one per provider) asking for:
- clarification about which date would be used for the beginning of FMLA leave. ADH believed that my trip to India, which began with two days of sick leave on Aug 25, 2022 should be the proper start date for my FMLA leave (please see attachment)
- "...beginning and ending dates (be used) in all forms...", in spite of the fact that the form in question does not provide a space for beginning and end dates, but rather provides a space for "duration of condition"
- edits to be made on the original forms with instructions to "Please initial and date all changes" (on the medical documentation forms previously submitted). Since the medical documentation forms contain explicit instructions that they are to be filled out "...by the healthcare provider", these edits must be performed by the doctors themselves

Oct 21st-
- Reply sent to ADH HR (Valencia Hardy) clarifying that the sick and annual leave beginning August 25th, was for the purposes submitted in my vacation request to my supervisor on July 12th, 2022 (please see attachment email-tohaytham-071222.png). My FMLA leave start date was accurately communicated to be Oct 3rd (please see attachment email-tovalencia-102122.txt . Also please see attachment email-tohayley-082322.png

- I responded to Valencia's request by submitting a document received from Dr. Srivastava on her letterhead specifying the beginning and end dates for the period of incapacity
- In spite of the dept of labor guidelines explicitly requiring employers to honor medical documentation submitted in any format "An employer may not reject a medical certification … due to the form of the certification provided".. (See FOH 39h01b The Field Operations Handbook for the Department of Labor (FOH) Chapter 39 at url https://www.dol.gov/agencies/whd/field-operations-handbook/Chapter-39#B39h01) and as reiterated by Mitch wood, Asst director, Dept of Labor. while waiting for the other doctors to provide documentation

Oct 27th-
- Verbal and email communication with Valencia where she disregarded the documentation by Dr. Srivastava submitted on her letterhead, and said that I need to provide documentation "only" on the previous form due to alleged government regulations (please see attachments email-tovalencia-102722.txt and email-tovalencia-102722-11pm.txt).
- I went back to Dr. Srivastava's hospital to request her to date and initial page 3 of the original form, previously submitted to ADH HR

Nov 1st-
- Upon subsequent medical examinations, Dr Byotra provided an updated medical certification specifying a period of incapacity beginning Oct 3rd and ending on December 31st, 2022.
- Both Dr Byotra's letterhead and an additional page 3 of the original medical certification with initials and dated modifications were provided to ADH on this date
- Submitted documents from all providers (updated pg 3 on forms and letterhead documents)
- Stated explicitly in my email to HR that- "If any further questions require clarifications that have not been adequately covered in these documents and statements, please let me know and I'll ensure answers are provided." (please see attachment email-tovalencia-110122.txt)

Nov 2nd- I was informed by my supervisor via email that my FMLA application had been rejected due to "insufficient documentation" and "leave without pay that began October 14th, 2022", even though I was given until Oct 17th to file the initial medical documentation (please see attachment), and the time subsequent to that was spent in unnecessary clarifications and making multiple trips to provider offices, to get documents not required by FMLA regulations.

In addition to my FMLA leave being improperly denied, there were the following issues as well during my employment with ADH:

Other violations-
1. ADA-
   - Latter part of May- I provided to my supervisor a letter from my PCP which stated that my health was worsening after coming back to work in-person (please see attachment letter-from guthrey-052522.pdf)
   - July- after requesting for an update several times, after almost 2 months, I was called outside my office and verbally informed by my supervisor that my request for accommodations had been rejected, and that I should apply for FMLA

2. Unpaid wages-
   - Between July 2021 and Feb 2022, I worked for 6 days a week almost every week, including some long weekends, building up approximately two weeks of "comp time", time I was supposed to be allowed to take off whenever I needed, with explicit instructions to not officially log this time. I was later not allowed to take that time off, nor was I ever paid for that time. (I have detailed logs of most of that time???)

Further documentation, emails and recordings are available on request.

**email-toevelina-080922**

**Hello and request for office supplies**

Asween Marco                                                                                       Tue 08/09/2022 12:22 PM

To:   Evelina Bennett<Evelina.Bennett@arkansas.gov>

Hi Evelina,

I hope you are doing well. I am sorry my long COVID issues made it difficult for me to come up to sign the card in time, but you were in my thoughts.

I was wondering if I could request to place an order for a few office supplies with you- wireless headsets, organizer, post it notes and notepads. None of it is time sensitive, although the headset is the most pressing of my needs.

Appreciate your help.


Thanks,
Asween

**email-tovalencia-110122**

From: Asween Marco <Asween.Marco@arkansas.gov>
Sent: Tuesday, November 1, 2022 4:12 PM
To: Valencia Hardy <Valencia.Hardy@arkansas.gov>
Cc: Haytham Safi M.D., MPH <Haytham.Safi@arkansas.gov>
Subject: Re: FML

Good afternoon Valencia,

As the Diwali festival is winding down, I?ve been lucky enough to have my messages returned, and I have attached additional documents related to the clarifications from my medical providers regarding the ?dates of incapacity? that you have requested in past emails.

Please note that one of my doctors has provided an updated estimate of my condition based on the current progress of my treatment. I've attached an updated FMLA leave application form to assist with processing, but please let me know what else I can do to facilitate his request that my FMLA leave be extended. This request echoes the request that accompanied my original submission of medical certifications on the advice of my long COVID doctor, which I understand was forwarded to Andrea on October 18th.

After consultation with Haytham, no reference to August 24th was remembered by him. He has offered that you can reach out to him to confirm that his understanding is that my leave started on August 25th.

Regarding the sick days taken before my FMLA treatment start dates with my healthcare providers, I?m unsure of what certification you are requesting. After discussing the contents of your email with my providers, they are also unsure what additional information that can provide beyond the certification of my first date of treatment in their respective practices? which is listed clearly in the ADH forms submitted by each doctor. My statement on this point in previous communications seems similarly clear, and I?m unsure what else I can provide.

If any further questions require clarifications that have not been adequately covered in these documents and statements, please let me know and I'll ensure answers are provided.

Thanks,

Asween

5/30/24, 10:36 AM                    Marco, Asween (MRN 003110096) DOB: 09/15/1984 Encounter Date: 05/25/2022

**Letter by Guthrey, Caleb L, MD on 5/25/2022**

UAMS NEIGHBORHOOD CLINIC — INTERNAL MEDICINE
1811 RAHLING RD
SUITE 120
LITTLE ROCK AR 72223
Dept: 501-214-2360
Dept Fax: 501-214-2356



May 25, 2022

Patient:    **Asween Marco**
Date of Birth: **9/15/1984**
Date of Visit: **5/25/2022**

To Whom It May Concern:

It is my medical opinion that Ms. Asween Marco has a condition known as COVID-19 long haul. She continues to have symptoms that include extreme fatigue, shortness of breath, and chronic pain. Given that her symptoms improved when she was able to work from home and they have worsened when she has returned, my recommendation would be that she receive accommodations to allow her to do her work from home if able.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,


CALEB L. GUTHREY, MD

## Communications
✉ Letter sent to Self Referral and Ms. Asween Marco

# email-tohaytham-071222

**RE: Travel to India**
Asween Marco                                                                                    Tue 07/12/2022 15:43 PM
To:   Haytham Safi M.D., MPH <Haytham.Safi@arkansas.gov>

---

Good evening Haytham,

I wish to request to travel to India for a period of roughly a month (exact dates pending ticket prices) beginning the first week of August 2022, to visit with my family and get some well needed rest.

I have consulted and collaborated with my team to ensure that my absence will not cause disruption or difficulty in our workflow.

If you could please forward it as you deem appropriate, I would appreciate it.


Sincerely,
Asween Marco


Asween Marco, BDS, MPH, MPA Candidate
Opioid Epidemiologist
Arkansas Department of Health
4815 W. Markham Street
Little Rock, AR  72205



Arkansas Department of Health

**4815 West Markham Street  Slot 26 ● Little Rock, Arkansas 72205-3867**

**Employee Relations Section – Human Resources
(501) 280-4099, Fax: (501) 661-2675**

### U.S. Department of Labor
Wage and Hour Division
### Notice of Eligibility and Rights & Responsibilities
### (Family and Medical Leave Act)

OMB Control Number: 1235-0003 Expires: 8/31/2021

In general, to be eligible, an employee must have worked for an employer for at least 12 months, meet the hours of service requirement in the 12 months preceding the leave, and work at a site with at least 50 employees within 75 miles. While the use of this form by employers is optional, a fully completed Form WH-381 provides employees with the information required by 29 C.F.R. § 825.300(b), which must be provided within five business days of the employee notifying the employer of the need for FMLA leave. Part B provides employees with information regarding their rights and responsibilities for taking FMLA leave, as required by 29 C.F.R. § 825.300(b), (c).

## [Part A – NOTICE OF ELIGIBILITY]

TO: Asween Marco                    106915
_____        _____
                              Personnel Number

FROM: Valencia Hardy
_____
       Employer Representative
DATE: 10/20/2022
_____

On September 29, 2022 , you informed us that you needed leave beginning on 10/3/2022
for:

_____ The birth of a child, or placement of a child with you for adoption or foster care;

__✓__ Your own serious health condition;

_____ Because you are needed to care for your ____ spouse; _____child; _____ parent due to his/her serious health condition.

_____ Because of a qualifying exigency arising out of the fact that your ____ spouse; _____son or daughter; _____ parent is on covered active duty or call to covered active duty status with the Armed Forces.

_____ Because you are the _____ spouse; _____son or daughter; _____ parent; _____ next of kin of a covered service member with a serious injury or illness.

This Notice is to inform you that you:

__✓__ Are eligible for FMLA leave (See Part B below for Rights and Responsibilities)

_____ Are **not** eligible for FMLA leave, because (only one reason need be checked, although you may not be eligible for other reasons):

       _____ You have not met the FMLA's 12-month length of service requirement. As of the first date of requested leave, you will have worked approximately ____ months towards this requirement.

       _____ You have not met the FMLA's hours of service requirement.

       _____ You do not work and/or report to a site with 50 or more employees within 75-miles.

If you have any questions, contact Valencia Hardy ____ or view the FMLA poster located in Employee Relations & Recruitment .

CONTINUED ON NEXT PAGE

(Adopted from U.S. Department of Labor Form WH-381 Revised February 2013)
ADH Rev. 02/2019

**[PART B-RIGHTS AND RESPONSIBILITIES FOR TAKING FMLA LEAVE]**

As explained in Part A, you meet the eligibility requirements for taking FMLA leave and still have FMLA leave available in the applicable 12-month period. However, in order for us to determine whether your absence qualifies as FMLA leave, you must return the following information to us by _Thursday, October 27, 2022_____. (If a certification is requested, employers must allow at least 15 calendar days from receipt of this notice; additional time may be required in some circumstances.) If sufficient information is not provided in a timely manner, your leave may be denied.

__x__   Sufficient certification to support your request for FMLA leave. A certification form that sets forth the information necessary to support your request ___is/x___ is not enclosed.

_____   Sufficient documentation to establish the required relationship between you and your family member.

__x__   Other information needed (such as documentation for military family leave):
       1187-2 Certificate of Health Care Provider for Family Member's Serious Health Condition : Leave beginning and ending dates.
       _____
       _____   No additional information requested

If your leave does qualify as FMLA leave you will have the following **responsibilities** while on FMLA leave (only checked blanks apply):

__x__   Contact Vickie Fleming at 501.671.1438 to make arrangements to continue to make your share of the premium payments on your health insurance to maintain health benefits while you are on leave. You have a minimum 30-day (or, indicate longer period, if applicable) grace period in which to make premium payments. If payment is not made timely, your group health insurance may be cancelled, provided we notify you in writing at least 15 days before the date that your health coverage will lapse, or, at our option, we may pay your share of the premiums during FMLA leave, and recover these payments from you upon your return to work.

__x__   You will be required to use your available paid __x__ sick, __x__ vacation, and/or __x__ other leave during your FMLA absence. This means that you will receive your paid leave and the leave will also be considered protected FMLA leave and counted against your FMLA leave entitlement.

_____   Due to your status within the company, you are considered a "key employee" as defined in the FMLA. As a "key employee," restoration to employment may be denied following FMLA leave on the grounds that such restoration will cause substantial and grievous economic injury to us. We ___have/___ have not determined that restoring you to employment at the conclusion of FMLA leave will cause substantial and grievous economic harm to us.

__x__   While on leave you will be required to furnish us with periodic reports of your status and intent to return to work every _7 days_____. (Indicate interval of periodic reports, as appropriate for the particular leave situation).

If the circumstances of your leave change, and you are able to return to work earlier than the date indicated on this form, you will be required to notify us at least two workdays prior to the date you intend to report for work.

If your leave does qualify as FMLA leave you will have the following rights while on FMLA leave:

• You have a right under the FMLA for up to 12 weeks of unpaid leave in a 12-month period calculated as:

       ✓       the calendar year (January – December).

       _____   a fixed leave year based on _____.

       _____   the 12-month period measured forward from the date of your first FMLA leave usage.

       _____   a "rolling" 12-month period measured backward from the date of any FMLA leave usage.

• You have a right under the FMLA for up to 26 weeks of unpaid leave in a single 12-month period to care for a covered service member with a serious injury or illness. This single 12-month period commenced on _____.

• Your health benefits must be maintained during any period of unpaid leave under the same conditions as if you continued to work.

• You must be reinstated to the same or an equivalent job with the same pay, benefits, and terms and conditions of employment on your return from FMLA-protected leave. (If your leave extends beyond the end of your FMLA entitlement, you do not have return rights under FMLA.)

(Adopted from U.S. Department of Labor Form WH-381 Revised February 2013)                          2
ADH Rev. 02/2019

- If you do not return to work following FMLA leave for a reason other than: 1) the continuation, recurrence, or onset of a serious health condition which would entitle you to FMLA leave; 2) the continuation, recurrence, or onset of a covered service member's serious injury or illness which would entitle you to FMLA leave; or 3) other circumstances beyond your control, you may be required to reimburse us for our share of health insurance premiums paid on your behalf during your FMLA leave.

- If we have not informed you above that you must use accrued paid leave while taking your unpaid FMLA leave entitlement, you have the right to have _____ sick, _____ vacation, and/or _____ other leave run concurrently with your unpaid leave entitlement, provided you meet any applicable requirements of the leave policy. Applicable conditions related to the substitution of paid leave are referenced or set forth below. If you do not meet the requirements for taking paid leave, you remain entitled to take unpaid FMLA leave.

✓ For a copy of conditions applicable to sick/vacation/other leave usage please refer to ADH Policy & Procedure

available at: http://healthycolleagues/PoliciesProcedures/index.html.

_____ Applicable conditions for use of paid leave: _____

**Once we obtain the information from you as specified above, we will inform you, within 5 business days, whether your leave will be designated as FMLA leave and count towards your FMLA leave entitlement. If you have any questions, please do not hesitate to contact:** Valencia Hardy _____ at  501-661-2439 _____.

### PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT

It is mandatory for employers to provide employees with notice of their eligibility for FMLA protection and their rights and responsibilities. 29 U.S.C. § 2617; 29 C.F.R. § 825.300(b), (c). It is mandatory for employers to retain a copy of this disclosure in their records for three years. 29 U.S.C. § 2616; 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The Department of Labor estimates that it will take an average of 10 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Ave., NW, Washington, DC 20210. DO NOT SEND THE COMPLETED FORM TO THE WAGE AND HOUR DIVISION

 **Arkansas Department of Health**

4815 West Markham Street ● Little Rock, Arkansas 72205-3867 ● Telephone (501) 661-2000
Governor Asa Hutchinson
Renee Mallory, RN, BSN, Interim Secretary of Health
Jennifer Dillaha, MD, Director

September 30, 2022

Asween Marco
22 Burkwood Drive
Little Rock, AR 72211

RE: FAMILY MEDICAL LEAVE – **ADDITIONAL INFORMATION REQUESTED**

Dear Ms. Marco,

This letter is to inform you that your full time Family Medical Leave Act (FMLA) request, due to "a serious health condition that makes the employee unable to perform the functions of the employee's job" has been received; however, eligibility cannot be determined until we have received the following:

- Certification of Health Care Provider for Employee's Serious Health Condition (enclosed) – Please ask the attending physician to complete this paperwork in its entirety.

Upon completion, this information may be faxed to 501-661-2675, emailed to valencia.hardy@arkansas.gov, post mailed to 4815 W. Markham Street, Slot 26, Little Rock, AR 72205 or hand delivered to our office.

Please ensure this information is returned to our office no later than Monday, October 17, 2022. If sufficient and completed information is not provided by the specified deadline, your FMLA request may be denied.

Please contact me at 501-661-2439 with any questions or if you need additional information.

Sincerely,

Valencia Hardy
Human Resources Analyst
Employee Relations

Enclosures:    Certification of Health Care Provider for Employee's Serious Health Condition
Notice of Eligibility and Rights & Responsibilities



Asween Marco <asweenm@bu.edu>

---

## Provider documentation
1 message

---

**Asween Marco** <Asween.Marco@arkansas.gov>                                                Mon, Oct 17, 2022 at 3:16 PM
To: "Haytham Safi M.D., MPH" <Haytham.Safi@arkansas.gov>

Haytham,

Please find attached the provider documentation for the purposes of FMLA, from the doctors I am under the care of.
Based on the recommendation of my doctors, I am seeking 12 weeks of FMLA.

Please let me know if there is any additional documentation needed.


Thanks,
Asween

**4 attachments**

📄 **Long COVID clinic.pdf**
3432K

📄 **Cardio doc.pdf**
2112K

📄 **Ayurvedic in-patient.pdf**
124K

📄 **Long COVID clinic- translation of hand written portion.docx**
12K

**Arkansas Department of Health**

4815 West Markham Street Slot 26 • Little Rock, Arkansas 72205-3867

**Employee Relations Section – Human Resources**
**(501) 280-4099, Fax: (501) 661-2675**
**Certification of Health Care Provider for Employee's Serious Health Condition**
**(Family and Medical Leave Act)**

DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR; RETURN TO THE PATIENT
OMB Control Number: 1235-00 Expires: 8/31/2021

**SECTION I: For Completion by the EMPLOYER**
**INSTRUCTIONS to the EMPLOYER:** The Family and Medical Leave Act (FMLA) provides that an employer may require an employee seeking FMLA protections because of a need for leave due to a serious health condition to submit a medical certification issued by the employee's health care provider. Please complete Section I before giving this form to your employee. Your response is voluntary. While you are not required to use this form, you may not ask the employee to provide more information than allowed under the FMLA regulations, 29 C.F.R. §§ 825.306-825.308. Employers must generally maintain records and documents relating to medical certifications, recertification, or medical histories of employees created for FMLA purposes as confidential medical records in separate files/records from the usual personnel files and in accordance with 29 C.F.R. § 1630.14(c)(1), if the Americans with Disabilities Act applies, and in accordance with 29 C.F.R. § 1635.9, if the Genetic Information Nondiscrimination Act applies.

Employer name and contact: _____

Employee's job title: _____ Regular work schedule: _____

Employee's essential job functions: _____

Check if job description is attached: _____

**SECTION II: For Completion by the EMPLOYEE**
**INSTRUCTIONS to the EMPLOYEE:** Please complete Section II before giving this form to your medical provider. The FMLA permits an employer to require that you submit a timely, complete, and sufficient medical certification to support a request for FMLA leave due to your own serious health condition. If requested by your employer, your response is required to obtain or retain the benefit of FMLA protections. 29 U.S.C. §§ 2613, 2614(c)(3). Failure to provide a complete and sufficient medical certification may result in a denial of your FMLA request. 29 C.F.R. § 825.313. Your employer must give you at least 15 calendar days to return this form. 29 C.F.R. § 825.305(b).

Your name: <u>ASWEEN</u>                    <u>MARCO</u>
              First          Middle              Last

**SECTION III: For Completion by the HEALTH CARE PROVIDER**
**INSTRUCTIONS to the HEALTH CARE PROVIDER:** Your patient has requested leave under the FMLA. Answer, fully and completely, all applicable parts. Several questions seek a response as to the frequency or duration of a condition, treatment, etc. Your answer should be your best estimate based upon your medical knowledge, experience, and examination of the patient. Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your responses to the condition for which the employee is seeking leave. Do not provide information about genetic tests, as defined in 29 C.F.R. § 1635.3(f), genetic services, as defined in 29 C.F.R. § 1635.3(e), or the manifestation of disease or disorder in the employee's family members, 29 C.F.R. § 1635.3(b). Please be sure to sign the form on the last page.

Provider's name and business address: <u>Dr. S. P. Byotra, Sir Ganga Ram Hospital, New Rajendra Nagar Delhi 110060</u>

Type of practice / Medical specialty: <u>Internal Medicine/ Cardiology</u>

Telephone: ( <u>+1</u> ) <u>9811047379</u>      Fax:(_____)    Email- <u>byotra@yahoo.co.in</u>

**PART A:  MEDICAL FACTS**

1. Approximate date condition commenced: _27 — 09 — 2022_

   Probable duration of condition: _9 Months._

   **Mark below as applicable:**

   Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?

   ___(No)___ Yes.  If so, dates of admission:

   _____

   Date(s) you treated the patient for the condition:

   _27 — 09 — 2022_ , _29 — 09 — 2022_ , _14 — 10 — 2022._

   Will the patient need to have treatment visits at least twice per year due to the condition? ___No  (Yes.)

   _Frequent visits required._

   Was medication, other than over-the-counter medication, prescribed? ___No ___(Yes.)

   Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)?

   ___No ___(Yes.) If so, state the nature of such treatments and the expected duration of treatment:

   _& Attinistive medicies_ _Physiotherapy for Pulmonary Rehabilitation._

2. Is the medical condition pregnancy? ___(No)___ Yes.  If so, expected delivery date: _____

3. Use the information provided by the employer in Section I to answer this question.  If the employer fails to provide a list of the employee's essential functions or a job description, answer these questions based upon the employee's own description of his/her job functions.

   Is the employee unable to perform any of his/her job functions due to the condition: ___ No  (Yes.)

   If so, identify the job functions the employee is unable to perform:

   _Dyspnea on exertion grade 3/4 mmrc_

4. Describe other relevant medical facts, if any, related to the condition for which the employee seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment):

   • Patient is a 44/o post covid Sequelae.
   currently suffering from respiratory issues.
   His PFT and other lung volumes are
   reported to be restrictive / impaired. His 6MWT
   is also showing fall in SPO2 on exertion. PFT reports
   are attached as enclosure.
   • Because of ongoing respiratory issues, she is
   having chronic insomnia and chronic
   fatigue. secondary to post covid
   Sequelae.

CONTINUED ON NEXT PAGE    Adopted from Form WH-380-E  Revised 5/15    ADH Rev. 2/19

PART B: AMOUNT OF LEAVE NEEDED

5. Will the employee be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? ___No    (Yes.)

If so, estimate the beginning and ending dates for the period of incapacity: _4 months for treatment_

6. Will the employee need to attend follow-up treatment appointments or work part-time or on a reduced schedule because of the employee's medical condition? ___No    (Yes.)

If so, are the treatments or the reduced number of hours of work medically necessary?
___No    (Yes.)

Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period:
_Weekly follow up for monitoring and treatment_

Estimate the part-time or reduced work schedule the employee needs, if any:
_NSA_ hour(s) per day; _NSA_ days per week from _NSA_ through _NOT quantifiable_

7. Will the condition cause episodic flare-ups periodically preventing the employee from performing his/her job functions? ___No    (Yes.)

Is it medically necessary for the employee to be absent from work during the flare-ups?

_____ No    (Yes.) If so, explain:

Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):

Frequency: _1_ times per _1_ week(s) _____ month(s)

Duration: _____ hours or ___ day(s) per episode

ADDITIONAL INFORMATION: IDENTIFY QUESTION NUMBER WITH YOUR ADDITIONAL ANSWER.
_Based on the current symptoms and abnormal findings reported on PFT and other tests, patient is being advised for trial of antifibrotic trial (Pirfenidone) and other supportive treatment._

Also patient is being referred to
Sleep Clinic in view of signs and
symptoms of Obstructive sleep
apnea. like daytime sleepiness,
apnoic spell at night, extreme
fatigue and other symptoms..

In case of any questions, please
reach out at Email - garimasri82@gmail.com.

Dr. GARIMA SRIVASTAVA
MBBS, PGDMCH
DMC Reg. - 35344

9 ✓ Bhamira                          14-10-2022.

**Signature of Health Care Provider          Date**

**PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT**

If submitted, it is mandatory for employers to retain a copy of this disclosure in their records for three years. 29 U.S.C. § 2616; 29
C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The Department of
Labor estimates that it will take an average of 20 minutes for respondents to complete this collection of information, including the time for reviewing instructions,
searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments
regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage
and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Ave., NW, Washington, DC
20210. **DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR; RETURN TO THE PATIENT.**

Adopted from Form WH-380-E  Revised 5/15
ADH Rev. 2/19

## AIIMS
New Delhi

**DEPARTMENT OF PULMONARY CRITICAL CARE&SLEEP MEDICINE**
**ALL INDIA INSTITUTE OF MEDICAL SCIENCES**
**ANSARI NAGAR, NEWDELHI - 110029**

| | | | | | |
|---|---|---|---|---|---|
| Printed On | | | | | 10/14/2022 |

| Name | | ID1 | | Gender | Age | Weight (kg) | Height (cm) |
|---|---|---|---|---|---|---|---|
| DR.ASWEEN MARCO | | 3103 | | Female | 38 | 70.00 | 155.0 |

| Company | D.O.B. | | ID2 | BMI (kg/m2) | Smoke | Smoking years | Cig./day |
|---|---|---|---|---|---|---|---|
| AIIMS | 9/15/1984 | | UHID/106299699 | 29.1 | -- | -- | -- |

| Occupation | | Operator | | Physician | |
|---|---|---|---|---|---|
| -- | | ANAND KUMAR  TECH OFFICER | | PROF. A.MOHAN | |

| Ethnicity | Room | Set | |
|---|---|---|---|
| North Indian & Paki... | -- | GLI (Spirometry) | |

### FVC Pre

@ 11:48 AM

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| FVC | L | **1.62** | 2.48 | 3.68 | FEV1 | L | **1.52** | 2.05 | 3.09 | |
| FEV1/FVC% | % | | 73.9 | **93.9** 92.7 | SEVERITY | | Moderately Severe Impairment | 30% 35% 50% 60% 70% 80% | | |



|  | | PRE | | | | |
|---|---|---|---|---|---|---|
|  | | Meas. | Normal Range | Pred | %Pred | z score |
| FVC | L | 1.62 | 2.48 - 3.68 | 3.07 | 53 | -4.19 |
| FEV1 | L | 1.52 | 2.05 - 3.09 | 2.58 | 59 | -3.24 |
| FEV1/FVC% | % | 93.9 | 73.9 - 92.7 | 84.2 | 112 | 1.90 |
| PEF | L/s | 4.29 | --- | - | - | - |
| FEF25-75% | L/s | 2.41 | 1.78 - 4.23 | 2.89 | 83 | -0.67 |
| MEF25% | L/s | 1.18 | 0.57 - 2.07 | 1.14 | 103 | 0.09 |
| MEF50% | L/s | 2.79 | --- | - | - | - |
| MEF75% | L/s | 4.12 | --- | - | - | - |
| FEV6 | L | 0.00 | --- | - | - | - |
| FEV1/FEV6% | % | 0.0 | --- | - | - | - |
| FEV1/VCmax% | % | 93.9 | 73.9 - 92.7 | 84.2 | 112 | 1.90 |
| PEFr | L/min | 257.2 | --- | - | - | - |

Interpretation:

☐ Confirm Report

**Signature:** _14/10/22_

P.T.O.

**AIIMS**
New Delhi

### DEPARTMENT OF PULMONARY CRITICAL CARE&SLEEP MEDICINE
### ALL INDIA INSTITUTE OF MEDICAL SCIENCES
### ANSARI NAGAR, NEWDELHI - 110029

| | | | | |
|---|---|---|---|---|
| | | | Visit Date | 10/14/2022 |
| | | | Printed On | 10/14/2022 |

| Name | DR.ASWEEN MARCO | ID1 | 3103 | Gender | Female | Age | 38 | Weight (kg) | 70.00 | Height (cm) | 155.0 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Company | AIIMS | D.O.B. | 9/15/1984 | ID2 UHID/106299699 | BMI (kg/m2) | 29.1 | Smoke | -- | Smoking Year: | -- | (+) (%) c | -- |
| Occupation | | Operator | ANAND KUMAR  TECH OFFICER | Physician | | | | | | PROF. A.MOHAN | |
| Ethnicity | North Indian & Paki... | Room | -- | Set | ECCS extended (DLCO) | | | | | | |

### DLCO Single Breath
@ 11:52 AM

| | | | |
|---|---|---|---|
| DLCO corr   mL/min/mmHg | 5.32  18.38  29.86 | DLCO/VA   mL/min/mmHg/L | 6.04  4.54  6.71 |

| Test Information | | | | | |
|---|---|---|---|---|---|
| Amb. Temp. (°C): | 22.0 | Flowm. Temp. (°C): | 34.0 | BTPS Ins (---): | 1.1018 |
| RH Amb (%): | 69 | RH Flow (%): | 100 | BTPS Exp (---): | 1.0202 |
| PB (mmHg): | 734 | STPD (---): | 0.7961 | Flowmeter: | X9 |



Breath-hold (Jones and Meade)
Washout
Sampling Volume
— CH4 (%)
— CO (%)
Mouth Pressure (cmH2O)
Volume (L)
85% Best VC
Time (s)

### DLCO Results

| | | Meas. | Normal Range | Pred | % Pred | z score |
|---|---|---|---|---|---|---|
| DLCO | mL/min/mmHg | 5.26 | 18.38 - 29.86 | 24.12 | 22 | -5.40 |
| DLCO corr | mL/min/mmHg | 5.32 | 18.38 - 29.86 | 24.12 | 22 | -5.39 |
| DLCO/VA | mL/min/mmHg/L | 6.04 | 4.54 - 6.71 | 5.62 | 107 | 0.63 |
| VA | L | 0.88 | 3.30 - 5.28 | 4.29 | 21 | -5.68 |
| TLC(DLCO) | L | 1.04 | 3.45 - 5.43 | 4.44 | 23 | -5.67 |
| DLCO 3eq | mL/min/mmHg | 9.65 | 18.38 - 29.86 | 24.12 | 40 | -4.14 |
| Hb | g/dL | 13.0 | --- | | | - |
| RV(DLCO) | L | 0.00 | 0.84 - 1.99 | 1.41 | 0 | -4.04 |
| RV/TLC(DLCO) | % | 0.0 | 22.3 - 41.5 | 31.9 | 0 | -5.47 |
| VC | L | 1.62 | 2.48 - 3.68 | 3.07 | 53 | -4.19 |

**PART A: MEDICAL FACTS**

1. Approximate date condition commenced: ___Treatment began on September 29th, 2022_____

    Probable duration of condition: _Research into long COVID is ongoing, but estimates range from 11 to 18 months_

**Mark below as applicable:**
Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?
____No __V__ Yes. If so, dates of admission:
_Inpatient stay began 29th September, 2022 and ended 11th October, 2022_____

    Date(s) you treated the patient for the condition:

  _Treatments were given multiple times each day during inpatient stay_____

    Will the patient need to have treatment visits at least twice per year due to the condition? ____No __V__ Yes.

    _Further treatment is recommended every 3 to 4 weeks until symptoms improve_____

Was medication, other than over-the-counter medication, prescribed? ____No __V__ Yes.

Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)?
____No __V__ Yes. If so, state the nature of such treatments and the expected duration of treatment:

_Consultation with nutritionist and physiatrist is recommended to build plan to assist recovery_____

2. Is the medical condition pregnancy? __V__ No ____Yes. If so, expected delivery date: _____

3. Use the information provided by the employer in Section I to answer this question. If the employer fails to provide a list of the employee's essential functions or a job description, answer these questions based upon the employee's own description of his/her job functions.

Is the employee unable to perform any of his/her job functions due to the condition: ____ No __V__ Yes.

If so, identify the job functions the employee is unable to perform:
_Walking, speaking, exertion, focusing, overstimulation_

4. Describe other relevant medical facts, if any, related to the condition for which the employee seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment):

_____

_Recurring fever with muscle and joint, pain and inflammation contribute to difficulty walking and sitting_

_Impaired lung function makes breathing and exertion difficult_

_Chronic insomnia, fatigue, and neurological artifacts contribute to intermittent difficulty concentrating_

_Nausea and migraine headaches can require periods of stillness, darkness, and quiet_

_GI distress was also noted during treatment_

        CONTINUED ON NEXT PAGE        Adopted from Form WH-380-E  Revised 5/15
                                                               ADH Rev. 2/19

PART B: AMOUNT OF LEAVE NEEDED

5. Will the employee be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? ___No _✓_Yes.

If so, estimate the beginning and ending dates for the period of incapacity: Dec 2022. see additional notes

6. Will the employee need to attend follow-up treatment appointments or work part-time or on a reduced schedule because of the employee's medical condition? ___No _✓_Yes.

If so, are the treatments or the reduced number of hours of work medically necessary? ___No _✓_Yes.

Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period:
Each treatment should be followed by a rest period of min 5 days before resuming outpatient therapies

Estimate the part-time or reduced work schedule the employee needs, if any:

_____ hour(s) per day; _____ days per week from _____ through _____

7. Will the condition cause episodic flare-ups periodically preventing the employee from performing his/her job functions? _____No _✓_Yes.

Is it medically necessary for the employee to be absent from work during the flare-ups?

_____ No _✓_ Yes. If so, explain:

Symptoms during a flare-up can be severe enough to require rest and full control of environment to resolve

Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):

Frequency: _~6_ times per _____ week(s) _1_ month(s)

Duration: _____ hours or _1-2_ day(s) per episode

ADDITIONAL INFORMATION: IDENTIFY QUESTION NUMBER WITH YOUR ADDITIONAL ANSWER.

1. Long COVID is not yet well understood, so estimates of duration are only approximate.

J. Treatment frequency and duration is subject to change based on results. For maximum effectiveness

treatment should begin in long duration, and frequent repetition. Decreases may be considered with success

5. Incapacitation is related to frequency and duration of primary treatment, and with recovery time between

treatments, and with ancillary therapies being undertaken. If/when treatment schedules are eased, full

incapacitation may be reevaluated and alternative arrangements may be considered.

7. Current research indicates that some patients experience flare-ups of some or all original symptoms on

a long term basis.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Dr V M Gopal Menon
BAMS
**Signature of Health Care Provider**    Sr. Physician                    15/10/2022
                                    Reg. No : 8335              **Date**

PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT

If submitted, it is mandatory for employers to retain a copy of this disclosure in their records for three years. 29 U.S.C. § 2616; 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The Department of Labor estimates that it will take an average of 20 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Ave., NW, Washington, DC 20210.  DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR; RETURN TO THE PATIENT.

Adopted from Form WH-380-E  Revised 5/15
                                    ADH Rev. 2/19

**PART A: MEDICAL FACTS**

1. Approximate date condition commenced: _____ Patient came under my treatment on sep 26, 2022 _____

Probable duration of condition: _____ Current estimates indicate 9 - 24 months, see additional notes. _____

**Mark below as applicable:**
Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?
_____ No  X Yes.  If so, dates of admission:

Sep-29 - Oct-11, 2022

Date(s)you treated the patient for the condition:

Sep-26-2022, Oct-17-2022

Will the patient need to have treatment visits at least twice per year due to the condition?  _____ No  X Yes.

Multiple treatment modalities are being pursued, follow-up will be based on therapeutic success

Was medication, other than over-the-counter medication, prescribed?  _____ No  X Yes.

Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)?
_____ No  X Yes.  If so, state the nature of such treatments and the expected duration of treatment:

Referrals were provided for Certified Ayurvedic treatment, Post COVID Clinic, and Cardio/ Pulmonary rehabilitation

2. Is the medical condition pregnancy?  X No _____ Yes.  If so, expected delivery date: _____

3. Use the information provided by the employer in Section I to answer this question.  If the employer fails to provide a list of the employee's essential functions or a job description, answer these questions based upon the employee's own description of his/her job functions.

Is the employee unable to perform any of his/her job functions due to the condition:  _____ No  X Yes.

If so, identify the job functions the employee is unable to perform:
Patient's decreased cardio/pulmonary function results in difficulty with breathing, speaking, concentrating, presenting

4. Describe other relevant medical facts, if any, related to the condition for which the employee seeks leave
    (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment):

Unpredictable intermittent episodes of tachycardia and/or bradycardia, coupled with intermittent hypoxemia

result in severe difficulty breathing, speaking, walking, etc  and transient symptoms of cerebral hypoxia.

Treatment for these conditions is aimed at increasing cardio/pulmonary function and may require extended

treatment. Supplemental oxygen or other equipment will be considered after the initial results of therapeutic

treatment have been evaluated.

## PART B: AMOUNT OF LEAVE NEEDED

5. Will the employee be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? ___No  X Yes.

    If so, estimate the beginning and ending dates for the period of incapacity:   Approximately 6 weeks

6. Will the employee need to attend follow-up treatment appointments or work part-time or on a reduced schedule because of the employee's medical condition? ___No  X Yes.

    If so, are the treatments or the reduced number of hours of work medically necessary?
    ___No  X Yes.

    Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period:
    Followup treatments may follow a steady or declining schedule based on clinical results

    Estimate the part-time or reduced work schedule the employee needs, if any:

    na         hour(s) per day; na         days per week from na         through  na

7. Will the condition cause episodic flare-ups periodically preventing the employee from performing his/her job functions?
    ____No  X Yes.

    Is it medically necessary for the employee to be absent from work during the flare-ups?

    ____ No   X  Yes. If so, explain:

Long COVID symptoms are often seen to flare up intermittently with negative affects similar to those noted above

    Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):

    Frequency:  1-2  times per  1  week(s) ____ month(s)

    Duration: ____ hours or 1-2 day(s) per episode

ADDITIONAL INFORMATION: IDENTIFY QUESTION NUMBER WITH YOUR ADDITIONAL ANSWER.

1. Post-Acute sequelae of COVID-19 is still being researched, but is considered to persist up to 24 months

7. Treatments under consideration for the patient's conditions can occur in varying intensity. A period of

intensive treatment will occur, and the result will dictate when and if the treatment schedule can be

decreased. Clinical literature indicates an immune component of long COVID, which tends to cause

unpredictable flare-ups. Controlling environmental factors may contribute to a lessening in frequency

or intensity of these flare-ups, but research is inconclusive about long term resolution at present

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____    17th Oct, 2022

Signature of Health Care Provider      Date

Dr. S.P. Byotra
Chairman & Senior Consultant
Department of Medicine
Sir Ganga Ram Hospital
Rajinder Nagar, New Delhi-60
DMC No. 2622

**PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT**

If submitted, it is mandatory for employers to retain a copy of this disclosure in their records for three years. 29 U.S.C. § 2616; 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The Department of Labor estimates that it will take an average of 20 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Ave., NW, Washington, DC 20210. DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR; RETURN TO THE PATIENT.

Page 4          Dr. S.P. Byotra          Adopted from Form WH-380-E Revised 5/15
                Chairman & Senior Consultant                    ADH Rev. 2/19
                Department of Medicine
                Sir Ganga Ram Hospital
                Rajinder Nagar, New Delhi-60
                DMC No. 2622

 **Arkansas Department of Health**

4815 West Markham Street • Little Rock, Arkansas 72205-3867 • Telephone (501) 661-2000
**Governor Asa Hutchinson**
**Renee Mallory, RN, BSN, Interim Secretary of Health**
**Jennifer Dillaha, MD, Director**

October 19, 2022

Asween Marco
22 Burkwood Drive
Little Rock, AR 72211

RE: FAMILY MEDICAL LEAVE – **ADDITIONAL INFORMATION REQUESTED**

Dear Ms. Marco,

This letter is to inform you that your Certification of Health Care Provider for Employee's Serious Health Condition for your Family Medical Leave Act (FMLA) request was received in our office on October 18, 2022. Your *General Practice physician*, indicated on Page 3, Part B: Amount of Leave Needed: Question 5B: ***Estimate the beginning and ending dates for the period of incapacity***: **4 months for treatment**. On the *Request for Response* received in our office on September 29, 2022, you indicated: *Leave to be used: Full time:* Date leave to begin 10/3/2022 and Date leave to end: 11/11/2022, however our records indicate your sick leave started 8/25/2022. Please ensure there are beginning and ending dates on all forms and the dates match your physician. Please refer to Section 3: Page 1, INSTRUCTIONS to the HEALTH CARE PROVIDER:

Eligibility cannot be determined until we have received the Certification of Health Care Provider for Employee's Serious Health Condition with complete dates of incapacity. The Arkansas Department of Health uses a per calendar year (January – December) schedule. **Please initial and date all changes.**

Upon completion, this information may be faxed to 501-661-2675, emailed to valencia.hardy@arkansas.gov, post mailed to 4815 W. Markham Street, Slot 26, Little Rock, AR 72205 or hand delivered to our office.

Please ensure this information is returned to our office no later than Thursday, October 27, 2022. If sufficient and completed information is not provided by the specified deadline, your FMLA request may be denied.

Please contact me at 501-661-2439 with any questions or if you need additional information.

Sincerely,

Valencia Hardy
Human Resources Analyst
Employee Relations

Enclosures:   Response to Family or Medical Leave (HR-1186-1)
              Notice of Eligibility and Rights & Responsibilities



# Arkansas Department of Health

4815 West Markham Street • Little Rock, Arkansas 72205-3867 • Telephone (501) 661-2000
**Governor Asa Hutchinson**
**Renee Mallory, RN, BSN, Interim Secretary of Health**
**Jennifer Dillaha, MD, Director**

October 19, 2022

Asween Marco
22 Burkwood Drive
Little Rock, AR 72211

RE: FAMILY MEDICAL LEAVE – **ADDITIONAL INFORMATION REQUESTED**

Dear Ms. Marco,

This letter is to inform you that your Certification of Health Care Provider for Employee's Serious Health Condition for your Family Medical Leave Act (FMLA) request was received in our office on October 18, 2022. Your *BAMS, Senior Physician's office* indicated on Page3, Part B: Amount of Leave Needed: Question 5B: *Estimate the beginning and ending dates for the period of incapacity:* **Dec 2022. additional notes**. On the *Request for Response* received in our office on September 29, 2022, you indicated: *Leave to be used: Full time*:  Date leave to begin 10/3/2022 and Date leave to end: 11/11/2022, however our records indicate your sick leave started 8/25/2022. Please ensure there are beginning and ending dates on all forms and the dates match your physician. Please refer to Section 3: Page1, INSTRUCTIONS to the HEALTH CARE PROVIDER:

Eligibility cannot be determined until we have received the Certification of Health Care Provider for Employee's Serious Health Condition with complete dates of incapacity. The Arkansas Department of Health uses a per calendar year (January – December) schedule.  **Please initial and date all changes.**

Upon completion, this information may be faxed to 501-661-2675, emailed to valencia.hardy@arkansas.gov, post mailed to 4815 W. Markham Street, Slot 26, Little Rock, AR 72205 or hand delivered to our office.

Please ensure this information is returned to our office no later than Thursday, October 27, 2022. If sufficient and completed information is not provided by the specified deadline, your FMLA request may be denied.

Please contact me at 501-661-2439 with any questions or if you need additional information.

Sincerely,

Valencia Hardy
Human Resources Analyst
Employee Relations

Enclosures:    Response to Family or Medical Leave (HR-1186-1)
               Notice of Eligibility and Rights & Responsibilities



# Arkansas Department of Health

4815 West Markham Street • Little Rock, Arkansas 72205-3867 • Telephone (501) 661-2000
**Governor Asa Hutchinson**
**Renee Mallory, RN, BSN, Interim Secretary of Health**
**Jennifer Dillaha, MD, Director**

October 20, 2022

Asween Marco
22 Burkwood Drive
Little Rock, AR 72211

RE: FAMILY MEDICAL LEAVE – **ADDITIONAL INFORMATION REQUESTED**

Dear Ms. Marco,

This letter is to inform you that your Certification of Health Care Provider for Employee's Serious Health Condition for your Family Medical Leave Act (FMLA) request was received in our office on October 18, 2022. Your *Internal Medicine/Cardiology physician's office* indicated on Page3, Part B: Amount of Leave Needed: Question 5B: ***Estimate the beginning and ending dates for the period of incapacity:*** *Approximately 6 weeks*. On the *Request for Response* received in our office on September 29, 2022, you indicated: ***Leave to be used: Full time:*** Date leave to begin 10/3/2022 and Date leave to end: 11/11/2022, however our records indicate your sick leave started 8/25/2022. Please ensure there are beginning and ending dates on all forms and the dates match your physician. Please refer to Section 3: Page1, INSTRUCTIONS to the HEALTH CARE PROVIDER:

Eligibility cannot be determined until we have received the Certification of Health Care Provider for Employee's Serious Health Condition with complete dates of incapacity. The Arkansas Department of Health uses a per calendar year (January – December) schedule. **Please initial and date all changes.**

Upon completion, this information may be faxed to 501-661-2675, emailed to valencia.hardy@arkansas.gov, post mailed to 4815 W. Markham Street, Slot 26, Little Rock, AR 72205 or hand delivered to our office.

Please ensure this information is returned to our office no later than Thursday, October 27, 2022. If sufficient and completed information is not provided by the specified deadline, your FMLA request may be denied.

Please contact me at 501-661-2439 with any questions or if you need additional information.

Sincerely,

Valencia Hardy
Human Resources Analyst
Employee Relations

Enclosures:    Response to Family or Medical Leave (HR-1186-1)
               Notice of Eligibility and Rights & Responsibilities

**email-tovalenica-102122**

From: Asween Marco <Asween.Marco@arkansas.gov>
Sent: Friday, October 21, 2022 3:01 PM
To: Valencia Hardy <Valencia.Hardy@arkansas.gov>
Subject: Re: FML

Hi Valencia,

Thank you for your help in processing this paperwork and seeking clarification where needed to ensure everything is done correctly.

I've been working on the questions you sent to me yesterday, and I was able to have Dr. Shrivastava fill out a letter about my dates of incapacity while I was in a scheduled appointment, I've attached that letter to this email.

I'd also like to clarify that the sick and annual leave taken starting August 25th was not related to any FMLA condition.

Thank you so much for your help,

Asween

**email-tohayley-082322**

**RE: Branch Meeting**

Asween Marco                                                                                          Tue 08/23/2022 09:07 AM

To:    Haley Ortiz <Haley.Ortiz@arkansas.gov>

---

Hi Haley,

I will be unable to attend the upcoming branch meeting in September as I will be out for the month due to my India trip finally taking place, and I wasn't quite sure how to indicate that while I won't be attending the September meeting, I do expect to be present October onward.


Thanks,
Asween

-----Original Appointment-----
From: Haley Ortiz <Haley.Ortiz@arkansas.gov>
Sent: Monday, August 22, 2022 11:34 AM
To: Arch Robertson; Jamie Turpin; Evelina Bennett; Jacob Smith (ADH); Laura Cima; Jazalyn Vera-Bowen; Aaron Milligan; Jeane Adams; Chelsea Clay; Priya Kakkar (ADH Health); Josette Boons; David Sohmer; Kristie Golatt; Asween Marco; Ashley Costa (ADH); Nokomis Carter; tjohnson@cdcfoundation.org; Alexia Terry; Hannah Gillespie
Subject: Branch Meeting
When: Occurs the first Thursday of every 1 month(s) effective 9/1/2022 from 2:00 PM to 3:00 PM (UTC-06:00) Central Time (US & Canada).
Where: Teams

**email-tovalenica-102722**

From: Asween Marco <Asween.Marco@arkansas.gov>

Sent: Thursday, October 27, 2022 1:12 PM

To: Valencia Hardy <Valencia.Hardy@arkansas.gov>

Subject: Re: FML

Hi Valencia,

I appreciate your understanding of the customs in India. Diwali has definitely created unfortunate delays for both of us, and on top of that I've been running a fever for the last few days.

I've sent messages to my doctors to request the clarifications you mentioned, that is, explicitly stating the start and end dates for the period of incapacity, and I'm certain they will provide that information as soon as possible. I'm less certain about the format, since it is common practice to attach additional notes to patient files on simple clinic/hospital letterhead. Do the FMLA regulations require the clarifications be submitted in a specific format? If so, I'll try my best to communicate that to the doctors, because I definitely want to make sure my documentation is correct, but at the same time I also don't want to be the patient that they hate to see walk into the office. especially when my treatment rests in their hands.

Thank you for the five day extension, and for your help in understanding the clarifications needed on the medical certifications.

Asween

**email-tovalenica-102722-11pm**

From: Valencia Hardy <Valencia.Hardy@arkansas.gov>

Sent: Thursday, October 27, 2022 11:50:04 PM

To: Asween Marco <Asween.Marco@arkansas.gov>

Subject: RE: FML


Ms. Asween,



Yes, that information needs to be on the paperwork. If you look at the letter I sent I instructed where the documentation stated certain verbiage my not be enough to decision an FML event.



Also, we need clarification for the days before September as well, (that information is on the last email I sent ).


A decision cannot be made until all information is received.

**PART B: AMOUNT OF LEAVE NEEDED**

5. Will the employee be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? ___No  (Yes.)     14-10-2022  to  14-02-2023.

If so, estimate the beginning and ending dates for the period of incapacity: ___ 4 months for treatment

6. Will the employee need to attend follow-up treatment appointments or work part-time or on a reduced schedule because of the employee's medical condition? ___No  (Yes.)

If so, are the treatments or the reduced number of hours of work medically necessary? ___No  (Yes.)

Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period:

Weekly follow up for monitoring and treatment

Estimate the part-time or reduced work schedule the employee needs, if any:

NA hour(s) per day; NA days per week from NA through NOT guaranteeable

7. Will the condition cause episodic flare-ups periodically preventing the employee from performing his/her job functions? ___No  (Yes.)

Is it medically necessary for the employee to be absent from work during the flare-ups?

___No  (Yes.)  If so, explain:

Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):

Frequency: 1 times per 1 week(s) ___ month(s)

Duration: ___ hours or ___ day(s) per episode

**ADDITIONAL INFORMATION: IDENTIFY QUESTION NUMBER WITH YOUR ADDITIONAL ANSWER.**

Based on the current symptoms and abnormal findings reported on PFT and other tests, patient is being advised for trial of antifibrotic trial (Pirfenidone.) and other supportive treatment.

CONTINUED ON NEXT PAGE          Adopted from Form WH-380-E  Revised 5/15
                                                                ADH Rev. 2/19





Pulmonary Post COVID Clinic
Pvt. Ward Ground Floor
Near SBI Bank

अ० भा० आ० सं० अस्पताल/A.I.I.M.S HOSPITAL
बहिरंग रोगी विभाग /Out Patient Department
अस्पताल के अन्दर धूम्रपान मना है।/SMOKING IS PROHIBITED IN HOSPITAL PREMISES

**OPR-6**

एकक/Unit _____
विभाग/Dept. _____      ०००रो०पि० पंजीकृत सं०/O.P.D. Regn. No. _____

| नाम/Name | पिता/पुत्र/पत्नी/पुत्री F/S/W/D of | लिंग Sex | आयु Age | पता/Address |
|---|---|---|---|---|
| Dr. Aween | | F | 38y | |

निदान/Diagnosis — Post covid Seqnelae / Hypothyroidism.

| दिनांक/Date | उपचार/Treatment |
|---|---|
| 21/10/2022 | To whomsoever it may concern

This is to certify that the patient was seen (initial visit) by me on 27th Sept 2022 then - 29th Sept 22 and began treatment on 14th Oct 2022 At this time the expected duration of incapacity is 4 mths from the beginning of the treatment i.e, approximately Feb 14th 2023. |

Dr. GARIMA SRIVASTAVA
MBBS PGDMCH

CLEAN AND GREEN AIIMS / एम्स का यही संकल्प, स्वच्छता से काया कल्प
अंगदान-जीवन का बहुमूल्य उपहार/ORGAN DONATION - A GIFT OF LIFE
O.R.B.O., AIIMS, 26588360, 26593444, www.orbo.org Helpline - 1060 (24 hrs service)


meraaspatal.nhp.gov.in

**PART B  AMOUNT OF LEAVE NEEDED**

5  Will the employee be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery?  ___No  _X_Yes.

Oct. 3rd 2022 — Dec 31st 2022

If so, estimate the beginning and ending dates for the period of incapacity:  ____ **Approximately 12 weeks**

6. Will the employee need to attend follow-up treatment appointments or work part-time or on a reduced schedule because of the employee's medical condition?  ___No  _X_Yes.

*(signature)*
*11/11/2022*

If so, are the treatments or the reduced number of hours of work medically necessary?
___No  _X_Yes.

Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period:

**Followup treatments may follow a steady or declining schedule based on clinical results**

Estimate the part-time or reduced work schedule the employee needs, if any:

_na_ hour(s) per day; _na_ days per week from _na_ through _na_

7  Will the condition cause episodic flare-ups periodically preventing the employee from performing his/her job functions?
____No  _X_Yes.

Is it medically necessary for the employee to be absent from work during the flare-ups?

____ No  _X_ Yes. If so, explain:

**Long COVID symptoms are often seen to flare up intermittently with negative affects similar to those noted above**

Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days).

Frequency: _1-2_ times per _1_ week(s) ____ month(s)

Duration: ____ hours or _1-2_ day(s) per episode

**ADDITIONAL INFORMATION:  IDENTIFY QUESTION NUMBER WITH YOUR ADDITIONAL ANSWER.**

1. Post-Acute sequelae of COVID-19 is still being researched, but is considered to persist up to 24 months

7. Treatments under consideration for the patient's conditions can occur in varying intensity.  A period of

intensive treatment will occur, and the result will dictate when and if the treatment schedule can be

decreased. Clinical literature indicates an immune component of long COVID, which tends to cause

  CONTINUED ON NEXT PAGE  Adopted from Form WH-380-E  Revised 5/15
ADH Rev. 2/19



**Sir Ganga Ram Hospital**

Rajinder Nagar, New Delhi 110060. Tel: 2575000 - 42254000
Fax : 25861002 Email : gangaram@sgrh.com Website : www.sgrh.com

**Dr. S. P. Byotra**
MD
Sr. Consultant Physician & Cardiologist
Chairman, Department of Medicine
Vice Chairman, Board of Management

Clinic : SGRH Pvt. OPD    4.30 - 7.00 p.m.
Room No. F-46   Phone: 42254000
Residence : (By Appointment Only)
M-66, Kirti Nagar, New Delhi. Phone : 25416529
Reg. No. 2622

November 1, 2022

Date ......................................

### To whomsoever it may concern

This document is written to clarify the dates mentioned in the patient's application for FMLA.

The patient, Asween Marco, was not seen in my office prior to the initial consultation on September 26th, 2022. Sick leave taken before this date is not to my knowledge related to any "serious medical condition" under the definitions of FMLA.

The period of incapacity was estimated to be 6 weeks at the time the FMLA form was filled out, but in light of the results of continuing treatments, an updated prognosis now estimates this period of incapacity should be increased to approximately 12 weeks.

A statement has been requested of me which sets out specific dates for the estimated time periods of incapacity, and accordingly the dates are given below.

The patient's period of incapacity is estimated to begin October 3rd, 2022 and end December 31st, 2022.

This estimate has been amended to the FMLA as requested, and initialed.

This letter serves as my authorization that whatever forms, amendments, or administrative actions that are necessary be taken to update the medical certification form/s originally submitted October 17th, 2022.

Dr. S.P. Byotra

Dr. S.P. Byotra
Chairman & Senior Consultant
Department of Medicine
Sir Ganga Ram Hospital
Rajinder Nagar, New Delhi-60
DMC No. 2622

 **Arkansas Department of Health**

4815 West Markham Street ● Little Rock, Arkansas 72205-3867 ● Telephone (501) 661-2000
**Governor Asa Hutchinson**
**Renee Mallory, RN, BSN, Interim Secretary of Health**
**Jennifer Dillaha, MD, Director**

November 2, 2022

Re: Asween Marco leave request

This letter is to inform you that your request for Family Medical Leave Act (FMLA) has been denied by Human Resources (HR) and the Legal department due to insufficient documentation and exhausted leave for over 14 days, (i.e., leave without pay that began October 14, 2022).

Therefore, you must return in-person to the office no later than **Monday, November 7, 2022.**

Failing to show up to work on Monday, November 7, 2022, will result in your termination.

I can be reached by phone at 501-661-2920 or email at Haytham.Safi@arkansas.gov; please contact me for any questions or concerns.

Sincerely,


Haytham Safi, MD, MPH
Epidemiology Supervisor

Cc:    Sherri Simpson, ADH HR Manager
        Reginald Rogers, ADH Attorney
        Lori Simmons, ADH Epidemiology Branch Chief
        Jeremy Courtney, ADH CPHP Director
        Erica Appleby, ADH CPHP ADMO



Asween Marco <asweenm@bu.edu>

---

## Fwd: FMLA Correspondence
1 message

---

**Asween Marco** <Asween.Marco@arkansas.gov>                                    Thu, Oct 6, 2022 at 1:32 AM
To: Asween Marco <asweenm@bu.edu>

---

**From:** Valencia Hardy <Valencia.Hardy@arkansas.gov>
**Sent:** Friday, September 30, 2022 11:04:02 AM
**To:** Asween Marco <Asween.Marco@arkansas.gov>
**Subject:** FMLA Correspondence

Ms. Marco,

Please **discard** the previous letter of **Request for Additional information** and the 2nd page of the **Rights and Responsibilities**.  Please note the dates has been amended.  The

1186 -1 Certification of Health Care Provider for Employee's  Serious Health Condition will be due on October 17, 2022 instead of October 13, 2022 .   Thank you.

Sincerely,

Valencia Hardy

Human Resources Analyst

4815 W. Markham St.

Little Rock, AR 72205

Phone: (501) 661-2439

valencia.hardy@arkansas.gov

---

📄 **Marco, Asween- Amended.pdf**
361K