**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**ASWEEN MARCO** **PLAINTIFF**

**v.** **Case No. 4:24-cv-00964-KGB**

**ARKANSAS DEPARTMENT OF HEALTH** **DEFENDANT**

**ORDER**

Before the Court is plaintiff Asween Marco's notice of dismissal without prejudice (Dkt. No. 9). Ms. Marco states that she voluntarily dismisses her complaint, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). For good cause shown, the Court adopts Ms. Marco's notice of dismissal (Dkt. No. 9). Ms. Marco's complaint is dismissed without prejudice (Dkt. No. 2). The Clerk is instructed to close the case.

It is so ordered this 11th day of February, 2025.

Kristine G. Baker
Kristine G. Baker
Chief United States District Judge